**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | **NO. 19-87** |
| **DALE PHILLIPS JR.** | **SECTION "H" (2)** |

## <u>O R D E R</u>

The court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judges, and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Defendant Dale Phillips, Jr.'s Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 368) is **DENIED**.

New Orleans, Louisiana, this 14th day of August, 2024.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE